## IN THE SUPREME COURT OF THE STATE OF NEVADA

AHUD CHAZIZA,
Appellant,
vs.
WILLIAM SANDIE, WARDEN,
Respondent.

No. 74112

**FILED**

DEC 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's postconviction petition for a writ of habeas corpus challenging the computation of his statutory and good time credits. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Appellant has filed a motion to withdraw this appeal without prejudice based on the district court's order entered October 13, 2017, indicating its inclination to reconsider appellant's petition. Respondent has filed a non-opposition. Cause appearing, the motion is granted. We

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Jim C. Shirley, District Judge
Ahud Chaziza
Attorney General/Carson City
Pershing County Clerk

17-43597